FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 30  AM 7:40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARLO J. JONES                                           CIVIL ACTION

VERSUS                                                   NUMBER: 05-620

JO ANNE B. BARNHART,                                     SECTION: "C"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

### O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's case is remanded to the Commissioner for an award of Social Security benefits.

New Orleans, Louisiana, this 28th day of March, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process___
X  Dktd_____
✓  CtRmDep___
___ Doc. No___